UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DIGITECH COMPUTER, INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter Defendant, | ) | |
| | ) | |
| v. | ) | 2:07-cv-225-WGH-RLY |
| | ) | |
| TRANS-CARE, INC., | ) | |
| | ) | |
| Defendant and | ) | |
| Counter Claimant. | ) | |

## FINAL JUDGMENT ENTRY

Judgment is hereby entered in favor of Digitech Computer, Inc., and against Trans-Care, Inc., in the total amount of Ninety-eight Thousand Nine Hundred Fifty-five Dollars and Three Cents ($98,955.03) as damages and prejudgment interest. In addition, Digitech Computer, Inc., shall recover the sum of Thirty-two Thousand Eight Hundred Forty-three Dollars ($32,843.00) as attorney fees, Three Thousand Nine Hundred Ninety Dollars and Fifty-five Cents ($3,990.55) as legal expenses, and One Hundred Thirty-three Dollars ($133.00) as costs.

**Entered:** February 9, 2010

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

_____
By: Deputy Clerk

**<u>Electronic copies to</u>:**

Mark Douglas Hassler
HUNT HASSLER & LORENZ, LLP
hassler@huntlawfirm.net

Jeffry Alan Lind
FLESCHNER, STARK, TANOOS & NEWLIN
jeff@fleschnerlaw.com