UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DIGITECH COMPUTER, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>TRANS-CARE, INC. )<br>)<br>Defendant )<br>)<br>Indiana Family and Social Services )<br>Administration, Indiana Medicaid )<br>)<br>Garnishee defendant ) | 2:07-cv-225-WGH-RLY |

## VERIFIED MOTION TO ENFORCE JUDGMENT
## BY PROCEEDINGS SUPPLEMENTAL TO EXECUTION

1. Plaintiff, Digitech Computer, Inc., is the owner of a judgment against the judgment defendant, Trans-Care, Inc., in the amount of **$135,926.58** plus post-judgment interest.

2. Plaintiff believes that levy of execution against the judgment defendant will not satisfy the judgment.

3. At the June 18, 2010 Proceedings Supplemental hearing, Russell Ferrell, President of Trans-Care, Inc. testified that:

   (a) In 2009, Trans-Care's gross revenue was $5.5 million;

   (b) The 1st 6 months of 2010, though down a little from 2009, would be a little less than $2.75 million (1/2 of the $5.5 million); and

   (c) Indiana Medicaid is among Trans-Care, Inc.'s top 5 sources of revenue.

4. Trans-Care, Inc. has made no payments upon the judgment or provided Plaintiff with any bond or security for the payment of the judgment.

5. Plaintiff believes that the garnishee defendant, Indiana Family and Social Services Administration, Indiana Medicaid, has or hereafter will hold property of, or owes or will owe to the judgment defendant money, funds, payments or monetary transfers which are subject to proceedings supplemental to execution.

6.  Plaintiff requests that the said garnishee defendant be ordered by this Court to answer, by an employee familiar with accounts payable, Interrogatories submitted with and attached to this Motion concerning such assets.

Respectfully submitted

FLESCHNER, STARK,
TANOOS & NEWLIN

By: _____
Jeffry A. Lind
Indiana Attorney # 14290-06


Personally appeared before me, a Notary Public, in and for said County of Vigo, State of Indiana, this 24th day of June, 2010, Jeffry A. Lind, one of the attorneys for plaintiff in the above cause, and first being duly sworn on his oath, stated that the matters and things stated above are true.

_____
Samantha J. Fromme, Notary Public

My Commission Expires:        My County of Residence:

January 28, 2018                        Vigo

CERTIFICATE OF SERVICE

I certify that on the 24th day of June, 2010, service of a copy of the above and foregoing pleading or document was made upon Garnishee Defendant by Certified Mail, return receipt requested, and addressed to:

Indiana Medicaid
c/o Indiana Family and Social Services Administration
402 W. Washington Street
P.O. Box 7083
ATTN: Anne Murphy, Secretary
RM W461
Indianapolis, IN 46207

Indiana Medicaid
c/o Indiana Family and Social Services Administration
402 W. Washington Street
P.O. Box 7083
ATTN: Pat Casanova, Director of Medicaid
RM W461
Indianapolis, IN 46207

Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Indiana Medicaid
Indiana Family and Social Services Administration
HP Finance Department
950 N Meridian Street
Indianapolis, IN 46204

_____
Jeffry A. Lind

## CERTIFICATE OF SERVICE

  I hereby certify that on _____June_____ _24_, 2010, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Mr. Mark D. Hassler
hassle@huntlawfirm.net
Hunt, Hassler & Lorenz
100 Cherry Street
Terre Haute, Indiana 47807

Parties may access this filing through the Court's system.

            By _s/ Jeffry A. Lind_
               Jeffry A. Lind

  **This communication is from a debt collector.**

  **This communication is an attempt to collect a debt and any information obtained will be used for that purpose.**