UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DIGITECH COMPUTER, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:07-cv-225-WGH-RLY |
| | ) | |
| TRANS-CARE, INC. | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| Indiana Family and Social Services | ) | |
| Administration, Indiana Medicaid | ) | |
| | ) | |
| Garnishee defendant | ) | |

# ORDER TO ANSWER INTERROGATORIES

The Court having examined the plaintiff's Motion to Direct garnishee defendant, Indiana Family and Social Services Administration, Indiana Medicaid, to Answer Interrogatories, it is hereby ORDERED:

    1.    That Indiana Family and Social Services Administration, Indiana Medicaid is hereby ordered to answer the Interrogatories filed by the plaintiff herein.  This answer must be mailed to this Court or delivered to the Clerk of this Court and counsel for Plaintiff (Jeffry Lind, 201 Ohio St., Terre Haute, IN 47807) on or before the 25th day of July, 2010.

    2.    Counsel for Plaintiff is ordered to mail a copy of this Order and plaintiff's Interrogatories to the garnishee defendant by U.S. Mail First Class, postage prepaid and by Certified Mail, return receipt requested to:

Indiana Medicaid
c/o Indiana Family and Social Services Administration
402 W. Washington Street
P.O. Box 7083
ATTN: Anne Murphy, Secretary
RM W461
Indianapolis, IN 46207

Indiana Medicaid
c/o Indiana Family and Social Services Administration
402 W. Washington Street
P.O. Box 7083
ATTN: Pat Casanova, Director of Medicaid
RM W461
Indianapolis, IN 46207

Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Indiana Medicaid
Indiana Family and Social Services Administration
HP Finance Department
950 N Meridian Street
Indianapolis, IN 46204

along with a copy of this order.

       Dated this 25th day of June, 2010.

                                                                  WILLIAM G. HUSSMANN, JR.
                                                                   Magistrate Judge

Copies to:

Mark D. Hassler
Jeffry A. Lind