UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DIGITECH COMPUTER, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:07-cv-225-WGH-RLY |
| | ) | |
| TRANS-CARE, INC., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| Indiana Family and Social Services Administration, Indiana Medicaid, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Old National Bank, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| NGS Medicare, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Jim's Marine, Inc., | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Sanrus Enterprises, Inc., | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Russ Enterprises LLC, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Jusnic Enterprises, LLC, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Virginia Kay's, Inc., | ) | |
| | ) | |
| Garnishee Defendant | ) | |

Vigo County, Indiana,                )
                                     )
                                     )
      Garnishee Defendant            )

## VERIFIED MOTION TO ENFORCE JUDGMENT
## BY PROCEEDINGS SUPPLEMENTAL TO EXECUTION

1. Plaintiff, Digitech Computer, Inc., is the owner of a judgment against the judgment defendant, Trans-Care, Inc., in the amount of **$135,926.58** plus post-judgment interest.

2. Plaintiff believes that levy of execution against the judgment defendant will not satisfy the judgment.

3. At the June 18, 2010 Proceedings Supplemental hearing, Russell Ferrell, President of Trans-Care, Inc. testified that:

   (a) In 2009, Trans-Care's gross revenue was $5.5 million;

   (b) The 1st 6 months of 2010, though down a little from 2009, would be a little less than $2.75 million (1/2 of the $5.5 million); and

   (c) Indiana Medicaid is among Trans-Care, Inc.'s top 5 sources of revenue.

4. Indiana Family and Social Services Administration, Indiana Medicaid (hereinafter sometimes referred to as "Medicaid") was joined herein as a garnishee defendant; served interrogatories and has answered the same, under oath.

5. Kirk Davis, Trans-Care CFO; Debbie Gosnell, Trans-Care Billing Department Manager; and John Wood, Trans-Care Transportation Manager were served with and have answered interrogatories regarding the assets of and obligations due to, Trans-Care.

6. Medicaid has, and on a continuing basis does have, funds to be paid to Trans-Care as noted by the interrogatory answers of Medicaid and Kirk Davis, Trans-Care CFO.

7. Kirk Davis, Trans-Care CFO, identified a Trans-Care bank account at Old National Bank, 4675 US Highway 41 South, Terre Haute, IN 47802.

8. Kirk Davis, Trans-Care CFO, identified a $9,504.00 debt owed by Jim's Marine, Inc. to Trans-Care.

9. Kirk Davis, Trans-Care CFO, identified a $214,685.00 debt owed by Sanrus Enterprises, Inc. to Trans-Care.

10. Kirk Davis, Trans-Care CFO, identified a $136,660.00 debt owed by Russ Enterprises LLC to Trans-Care.

11. Kirk Davis, Trans-Care CFO, identified a $136,660.00 debt owed by Jusnic Enterprises, LLC to Trans-Care.

    12.    Kirk Davis, Trans-Care CFO, identified a $76,199.00 debt owed by Virginia Kay's Inc. to Trans-Care.

    13.    On July 20, 2010, the Terre Haute Tribune Star reported that Trans-Care has a contract with Vigo County, Indiana for the provision of Emergency Medical Transportation.

    14.    Kirk Davis, Trans-Care CFO, identified NGS Medicare as one of Trans-Care's top 5 sources of revenue.

    15.    Trans-Care, Inc. has made no payments upon the judgment or provided Plaintiff with any bond or security for the payment of the judgment.

    16.    Plaintiff believes that the garnishee defendants, Old National Bank, Jim's Marine, Inc., Sanrus Enterprises, Inc., Russ Enterprises LLC, Jusnic Enterprises, LLC, Virginia Kay's, Inc., Vigo County, Indiana and NGS Medicare have or hereafter will hold property of, or owes or will owe to the judgment defendant money, funds, payments or monetary transfers which are subject to execution.

    17.    Pursuant to I.C. 34-55-8-7, Digitech is entitled to an order to Medicaid that money or funds due to Trans-Care from Medicaid be applied to the satisfaction of the judgment and Medicaid be forbidden to transfer money or funds owed to Trans-Care other than as an application against the judgment.

    18.    The records of the Indiana Secretary of State identify Russell Ferrell, President and sole shareholder of Trans-Care, as the President, Member or Manager (as applicable) and registered agent for Sanrus Enterprises, Inc., Russ Enterprises LLC, Jusnic Enterprises, LLC and Virginia Kay's, Inc.

    19.    Any transfer of assets outside the ordinary course of business by Sanrus Enterprises, Inc., Russ Enterprises LLC, Jusnic Enterprises, LLC or Virginia Kay's, Inc. not as application toward the judgment wrongfully impairs Plaintiff's right to collect upon its judgment.

WHEREFORE, Plaintiff prays for an order:

    1.    directing Indiana Family and Social Services Administration, Indiana Medicaid, to pay Jeffry A. Lind, attorney for Digitech, all funds now or hereafter owing from Indiana FSSA, Indiana Medicaid, to Trans-Care (Medicaid provider number 100199940) until such time as the judgment and all accrued interest is paid in full;

    2.    prohibiting Indiana Family and Social Services Administration, Indiana Medicaid, from transferring money or funds owed to Trans-Care (Medicaid provider number 100199940) other than to Jeffry A. Lind, attorney for Digitech, to be applied to the judgment until such time as the judgment and all accruing interest is paid in full;

    3.    That garnishee defendants Old National Bank, Jim's Marine, Inc., Sanrus Enterprises, Inc., Russ Enterprises LLC, Jusnic Enterprises, LLC, Virginia Kay's, Inc., Vigo County, Indiana and NGS Medicare be ordered to answer, by an employee familiar with

accounts payable, the obligations owed to Trans-Care or assets of Trans-Care held by each such garnishee defendant; and

    4.    that garnishee defendants Sanrus Enterprises, Inc., Russ Enterprises LLC, Jusnic Enterprises, LLC and Virginia Kay's, Inc. be prohibited from satisfying or paying upon any obligation owed Trans-Care or transferring assets outside the ordinary course of business other than as an application toward satisfaction of the judgment.

Respectfully submitted

FLESCHNER, STARK,
TANOOS & NEWLIN

By: _____
Jeffry A. Lind
Indiana Attorney # 14290-06


Personally appeared before me, a Notary Public, in and for said County of Vigo, State of Indiana, this 5th day of August, 2010, Jeffry A. Lind, one of the attorneys for plaintiff in the above cause, and first being duly sworn on his oath, stated that the matters and things stated above are true.

_____
Samantha J. Fromme, Notary Public

My Commission Expires:    My County of Residence:

January 28, 2018    Vigo

CERTIFICATE OF SERVICE

I certify that on the 5th day of August, 2010, service of a copy of the above and foregoing pleading or document was made upon Garnishee Defendant by Certified Mail, return receipt requested and by United States Mail, first class, postage pre-paid, and addressed to:

Indiana Medicaid
c/o Indiana Family and Social Services Administration
402 W. Washington Street
P.O. Box 7083
ATTN: Anne Murphy, Secretary
RM W461
Indianapolis, IN 46207

Indiana Medicaid
c/o Indiana Family and Social Services Administration
402 W. Washington Street
P.O. Box 7083
ATTN: Pat Casanova, Director of Medicaid
RM W461
Indianapolis, IN 46207

Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Indiana Medicaid
Indiana Family and Social Services Administration
HP Finance Department
950 N Meridian Street
Indianapolis, IN 46204

Old National Bank
4675 US Highway 41 South
Terre Haute, IN 47802

NGS Medicare
P.O. Box 7052
Indianapolis, IN 46207-7052

Jim's Marine, Inc.
c/o James E. Murphy, Jr.
Registered Agent
3014 N 25th
Terre Haute, IN 47804

Sanrus Enterprises, Inc.
c/o Russ Ferrell, Registered Agent
1 E. Margaret
Terre Haute, IN 47802

Russ Enterprises LLC
c/o Russell Ferrell, Registered Agent
1 East Margaret Drive
Terre Haute, IN 47802

Jusnic Enterprises, LLC
c/o Russell Ferrell, Registered Agent
1 E. Margaret
Terre Haute, IN 47802

Virginia Kay's, Inc.
c/o Russell Ferrell
One Margaret Drive
Terre Haute, IN 47802

County of Vigo, Terre Haute, Indiana
County Commissioners
Vigo County Annex Building
121 Oak Street
Terre Haute, IN 47807

Robert Wright
County Attorney
Wright, Shagley & Lowery
P.O. Box 9849
Terre Haute, IN 47808

_____
Jeffry A. Lind

## CERTIFICATE OF SERVICE

I hereby certify that on ___August 5___, 2010, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Mr. Mark D. Hassler
hassle@huntlawfirm.net
Hunt, Hassler & Lorenz
100 Cherry Street
Terre Haute, Indiana 47807

Parties may access this filing through the Court's system.

By ___s/ Jeffry A. Lind___
Jeffry A. Lind

**This communication is from a debt collector.**

**This communication is an attempt to collect a debt and any information obtained will be used for that purpose.**