UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DIGITECH COMPUTER, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:07-cv-225-WGH-RLY |
| | ) | |
| TRANS-CARE, INC., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| Indiana Family and Social Services Administration, Indiana Medicaid, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Old National Bank, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| NGS Medicare, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Jim's Marine, Inc., | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Sanrus Enterprises, Inc., | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Russ Enterprises LLC, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Jusnic Enterprises, LLC, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Virginia Kay's, Inc., | ) | |
| | ) | |
| Garnishee Defendant | ) | |

|                              |   )   |
|------------------------------|-------|
| Vigo County, Indiana,        |   )   |
|                              |   )   |
|     Garnishee Defendant      |   )   |

## INTERROGATORIES

Comes now the plaintiff and judgment creditor, Digitech Computer, Inc., and submits the following Interrogatories to be answered by the garnishee defendant, Jim's Marine, Inc., pursuant to law, and respectfully requests that these Interrogatories be answered and returned to the Clerk of the above named Court, with a Copy to plaintiff's counsel, on or before the 7th day of September, 2010.

1. State the correct name of your organization.

**ANSWER:**


2. What is your position with said organization?

**ANSWER:**


3. Are you familiar with the accounts payable records or the debts of said organization (with regard to the organizations obligations to Trans-Care, Inc.)?

**ANSWER:**


4. Does said organization owe money to or expect to owe money to Trans-Care, Inc.?

**ANSWER:**

5. State the amount said organization owes Trans-Care, Inc.

**ANSWER:**

6. State the source of (or reason for) your organization's indebtedness to Trans-Care, Inc.

**ANSWER:**

7. State the terms (payable in installments, payable on demand, etc.) and rate of interest accruing on the debt.

**ANSWER:**

      7. To the best of your knowledge, state whether or not there are any garnishment orders at this time in effect with said organization against Trans-Care, Inc.

**ANSWER:**




      8. If there are any garnishment orders against Trans-Care, Inc. for any other organization at this time, please state the name of plaintiff, cause number and amount being garnished for each.

**ANSWER:**




                                                                              _____
                                                                             A QUALIFIED ACCOUNTANCY REPRESENTATIVE OF JIM'S MARINE, INC.

STATE OF INDIANA         )
                         ) SS:
COUNTY OF VIGO           )

      Personally appeared before me, a Notary Public, in and for said County of _____, State of Indiana, this \_\_\_\_ day of _____, 2010, _____ known to be to be a qualified accountancy representative of Jim's Marine, Inc., who being first duly sworn, on oath stated that the matters above are true.

      Witness my hand and Notarial Seal.

                                              _____
                                              Notary Public

                                              _____
                                              (Printed Name)

My Commission Expires:        My County of Residence:

_____        _____

Respectfully submitted

FLESCHNER, STARK,
TANOOS & NEWLIN

By: _____
     Jeffry A. Lind
     Indiana Attorney # 14290-06

## CERTIFICATE OF SERVICE

     I certify that on the _____ day of _____, 2010, service of a copy of the above and foregoing pleading or document was made upon:

Jim's Marine, Inc.
c/o James E. Murphy, Jr.
Registered Agent
3014 N 25th
Terre Haute, IN 47804

Mr. Mark D. Hassler, Esq.
HUNT, HASSLER & LORENZ
100 Cherry Street
Terre Haute, IN  47807

by U.S. Mail First Class, postage prepaid and by Certified Mail, return receipt requested.

_____
Jeffry A. Lind