UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DIGITECH COMPUTER, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:07-cv-225-WGH-RLY |
| | ) | |
| TRANS-CARE, INC., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| Indiana Family and Social Services | ) | |
| Administration, Indiana Medicaid, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Old National Bank, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| NGS Medicare, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Jim's Marine, Inc., | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Sanrus Enterprises, Inc., | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Russ Enterprises LLC, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Jusnic Enterprises, LLC, | ) | |
| | ) | |
| Garnishee Defendant | ) | |
| | ) | |
| Virginia Kay's, Inc., | ) | |
| | ) | |
| Garnishee Defendant | ) | |

|                                   |   |
|-----------------------------------|---|
| Vigo County, Indiana,             | ) |
|                                   | ) |
|         Garnishee Defendant       | ) |
|                                   | ) |

<u>ORDER ON PLAINTIFF'S MOTION TO ENFORCE
JUDGMENT BY PROCEEDINGS SUPPLEMENT</u>

    Now comes the Plaintiff, Digitech Computer, Inc., by its counsel of record, and moves the Court to enforce judgment by proceedings supplemental to execution and the Court, being duly advised in the premises, FINDS AS FOLLOWS:

1. Indiana Family and Social Services Administration, Indiana Medicaid has and will have funds owing from Indiana Family and Social Services Administration, Indiana Medicaid, to Trans-Care.;

2. Garnishee defendants Old National Bank, Jim's Marine, Inc., Sanrus Enterprises, Inc., Russ Enterprises LLC, Jusnic Enterprises, LLC, Virginia Kay's, Inc., Vigo County, Indiana and NGS Medicare have or will hold property of, or owes or will owe to the judgment defendant money, funds, payments or monetary transfers;

3. Digitech is entitled to an order enforcing the judgment as to the assets of or owed to Trans-Care held by Indiana Family and Social Services Administration, Indiana Medicaid; and

4. Garnishee defendants Old National Bank, Jim's Marine, Inc., Sanrus Enterprises, Inc., Russ Enterprises LLC, Jusnic Enterprises, LLC, Virginia Kay's, Inc., Vigo County, Indiana and NGS Medicare, having been joined herein, after being served with a copy of this order and the interrogatory applicable to them, shall be ordered to answer the interrogatories applicable to them.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that:

1. Indiana Family and Social Services Administration, Indiana Medicaid, pay Jeffry A. Lind, attorney for Digitech, all funds now or hereafter owing from Indiana Family and Social Services Administration, Indiana Medicaid, to Trans-Care (Medicaid provider number 100199940) until such time as the judgment and all accrued interest is paid in full;

2. Indiana Family and Social Services Administration, Indiana Medicaid, is prohibited from transferring money or funds owed to Trans-Care (Medicaid provider number 100199940) other than to Jeffry A. Lind, attorney for Digitech, to be applied to the judgment until such time as the judgment and all accruing interest is paid in full;

3. garnishee defendants Old National Bank, Jim's Marine, Inc., Sanrus Enterprises, Inc., Russ Enterprises LLC, Jusnic Enterprises, LLC, Virginia Kay's, Inc., Vigo County,

Indiana and NGS Medicare are ordered to answer the Interrogatories applicable to each of them, by an employee familiar with accounts payable, the obligations owed to Trans-Care or assets of Trans-Care held by each such garnishee defendant; and

4. garnishee defendants Sanrus Enterprises, Inc., Russ Enterprises LLC, Jusnic Enterprises, LLC and Virginia Kay's, Inc. are prohibited from satisfying or paying upon any obligation owed Trans-Care or transferring assets outside the ordinary course of business other than as an application toward satisfaction of the judgment.

5. Attorney for Digitech, Jeffry A. Lind, shall serve a copy of this order and the interrogatories applicable to such entity, as applicable, to Indiana Family and Social Services Administration, Indiana Medicaid, Old National Bank, Jim's Marine, Inc., Sanrus Enterprises, Inc., Russ Enterprises LLC, Jusnic Enterprises, LLC, Virginia Kay's, Inc., Vigo County, Indiana and NGS Medicare and file a proof of service with this court.

ALL OF WHICH IS ORDERED this ___ day of _____, 2010.

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

Distribution to:

Jeffry A. Lind
Mr. Mark D. Hassler, Esq.