UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DIGITECH COMPUTER, INC., | ) |
| | ) |
| Plaintiff and | ) |
| Counter Defendant, | ) |
| | ) |
| v. | )   2:07-cv-225-WGH-RLY |
| | ) |
| TRANS-CARE, INC., | ) |
| | ) |
| Defendant and | ) |
| Counter Claimant. | ) |

## ORDER GRANTING, IN PART, PLAINTIFF'S VERIFIED MOTION TO ENFORCE JUDGMENT BY PROCEEDINGS SUPPLEMENTAL TO EXECUTION

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on plaintiff's Verified Motion to Enforce Judgment by Proceedings Supplemental to Execution filed August 5, 2010.  (Docket No. 115). Defendant filed its Brief in Opposition on August 25, 2010.  (Docket No. 117).  An oral argument was heard on August 26, 2010, at 11:30 a.m., in Terre Haute, Indiana, at which the parties were represented by counsel.

The Magistrate Judge, being duly advised, hereby **GRANTS, in part,** the Verified Motion to Enforce Judgment by Proceedings Supplemental to Execution, as follows:

The Clerk of Court shall serve the Interrogatories (attachments to Docket No. 15) to the following garnishee defendants:  Jim's Marine, Inc.; Jusnic Enterprises, LLC; Old National Bank; Sanrus Enterprises, Inc.; Russ Enterprises

LLC; Vigo County, Indiana; and Virginia Kay's, Inc.  These garnishee defendants shall respond to the Interrogatories on or before Friday, September 17, 2010, or otherwise appear at a hearing on that date, at 11:30 a.m., Terre Haute time (EDT), in Room 131, U.S. Courthouse, Terre Haute, Indiana, to answer the questions posed in the Interrogatories.

No other relief is ordered at this time.  Further orders may issue with respect to this motion after a reply brief has been filed and at the hearing on September 17, 2010.

**SO ORDERED.**

**Dated:**  August 27, 2010

                          William G. Hussmann, Jr.
                          United States Magistrate Judge
                          Southern District of Indiana

**Electronic copies to:**

Jeffry Alan Lind
FLESCHNER, STARK, TANOOS & NEWLIN
jeff@fleschnerlaw.com

Mark Douglas Hassler
HUNT HASSLER & LORENZ, LLP
hassler@huntlawfirm.net